UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GERALD E. VALLOW | § § | |
| versus | § § | Civil Action 4:09-CV-296 |
| NATIONAL OILWELL VARCO, LP ET AL | § § § | |

## Recusal Order

1. I stand recused in this case.

2. Deadlines in scheduling orders subsist. Court settings are vacated.

**IT IS SO ORDERED.**

Signed on this 23rd day of March 2009.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE